**AFFIDAVIT OF FBI SPECIAL AGENT KATELIN EHRHARDT IN SUPPORT OF
CRIMINAL COMPLAINT**

I, Katelin J. Ehrhardt, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I have been employed as a Special Agent with the Federal Bureau of Investigation ("FBI") for approximately four years. I am currently assigned to the Lakeville Resident Agency within the Boston Division in Lakeville, Massachusetts. Prior to my employment with the FBI, I served as a police officer with the Metropolitan Nashville Police Department ("MNPD") in Nashville, Tennessee for approximately five years. While employed by MNPD, I participated in various investigations as a patrol officer and as a detective assigned to the Community Field Intelligence Team.

2.      As a federal agent, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors, including but not limited to violations of 18 U.S.C. § 2422, 2423, 2251, and 2252A. I have received training in the investigation of child pornography, child exploitation, and transportation of minors, and have had the opportunity to observe and review examples of child pornography as defined in 18 U.S.C. § 2256. I have participated in the execution of a number of search warrants in child pornography cases

3.      I submit this affidavit in support of a criminal complaint charging Ethan K. Irving ("IRVING") (YOB 1989), of Plainville, Massachusetts, with sexual exploitation of children, in violation of 18 U.S.C. §§ 2251(a) and (e).

4.      The facts stated herein are based on my own personal involvement with this investigation as well as information provided to me by other law enforcement officers.  Because this affidavit is submitted for the limited purpose of securing a criminal complaint, I have not

included every fact known to me concerning this investigation.  Instead, I have set forth only the

facts that I believe are necessary to establish the foundation for the requested complaint.

## **PROBABLE CAUSE**

5.      FBI received the following information from the Plainville Police Department

("PPD") regarding Ethan IRVING following their investigation of him for violations of state

child pornography laws.

6.      On or about June 14, 2025, PPD detectives received a report from the

Massachusetts State Police ("MSP") Cyber Crime Unit/Internet Crimes Against Children (ICAC)

Task Force. The primary duty assigned to the ICAC Task Force is to conduct criminal

investigations involving the sexual exploitation of children on the internet, including

management of CyberTipline reports[1] from the National Center for Missing and Exploited

Children (NCMEC).

7.      MSP had received a CyberTipline report from NCMEC, numbered 212917895

and dated May 29, 2025. The NCMEC report was generated by Kik Media Lab.ai Incorporated

("Kik")[2], reporting three uploaded files of suspected child pornography on or around May 22,

2025, to May 27, 2025.

---

[1]  NCMEC serves as the national clearinghouse for tips and leads about child sexual
exploitation. The CyberTipline was developed to further NCMEC's mission of helping prevent
and diminish the sexual exploitation of children by allowing the public and electronic service
providers ("ESPs") to report crimes against children, including child pornography.  Once
registered with NCMEC, ESPs can upload files relating to child sexual exploitation content when
making reports to NCMEC using a secure electronic connection. After an ESP makes a
CyberTipline report to NCMEC, a staff member uses conventional and publicly-available open
source tools to try to identify geographic information pertaining to the subject of the report,
among other things, so that it may make the CyberTipline reports available to the relevant law
enforcement agency.

[2]  Kik Messenger is an instant messaging application available on most mobile operating
systems. Kik is free to download and uses an existing Wi-Fi connection or data plan to send and

8.      On June 15, 2025, a PPD detective reviewed the digital files associated with the CyberTipline report and confirmed them to be child pornography.  Based on the information provided in the CyberTipline report and corroborating investigation, on July 20, 2025, the PPD detective obtained state search warrants to search IRVING's residence in Plainville, MA (Wrentham District Court No. 2557SW303) and for his vehicle, a black GMC Terrain with Massachusetts Registration 5GVE97 (Wrentham District Court No. 2557SW302) for evidence of violations of state child pornography laws.

9.      PPD executed the search warrants for IRVING's residence and vehicle on July 21, 2025. During the search of IRVING's vehicle, law enforcement located and seized a Samsung Galaxy A54 phone, which was found to have the name "E's A54" (Suspect Device 1), which, based on my training and experience, I believe is a user-generated name.  The cellphone was manufactured outside of Massachusetts.

10.     During the search of the residence, law enforcement located and seized a Samsung Galaxy S20 phone, which was found to have the name "E's S20" ("Suspect Device 2), which, based on my training and experience, I believe is a user-generated name. The cellphone was manufactured outside of Massachusetts.

11.     Both mobile devices were sent to the United States Secret Service Forensic Laboratory for forensic analysis.

12.     On July 23, 2025, investigators assisting with the forensic analysis located multiple media files on Suspect Device 1 stored within an encrypted messaging application

---

receive messages. Based on my training and experience, I know that Kik is a common platform for sharing child pornography.

installed on the device, Session.[3] Within the Session application were files sent from IRVING that depicted apparent child pornography. Based on this information, the PPD detective obtained a state arrest warrant for IRVING for Distribution of Material of Child in a Sexual Act and Possession of Child Pornography (Wrentham District Court No. 2557CR000993). IRVING was arrested without incident by PPD on July 24, 2025. Both of IRVING's devices remained at the United States Secret Service Forensic Laboratory for further forensic analysis pursuant to the search warrant, as the process was not completed at the time of his arrest.

13.     IRVING pleaded guilty to Dissemination of Obscene Matter, in violation of M.G.L. ch. 272, § 29, and Possession of Child Pornography, in violation of M.G.L. ch. 272, § 29C on December 3, 2026.  *See* Wrentham District Court No. 2557CR000993.  He was sentenced to two years of probation with conditions that prohibit his contact with children.

14.     On December 15, 2025, the PPD detective retrieved both Suspect Devices from the United States Secret Service Forensic Laboratory along with the corresponding forensic extractions. Between December 15 and December 26, 2025, the PPD detective reviewed the extractions and observed suspected child pornography files that had not previously been seen by investigators.  The case was subsequently referred to the FBI on or about January 8, 2026.

15.     I have reviewed these additional suspected images of child pornography, which were located in Gallery Cache[4] on Suspect Device 2. These images appeared to be a continuous series, sequential in time, depicting IRVING sexually abusing a female toddler that appeared to

---

[3] Session is a cross-platform end-to-end encrypted instant messaging application emphasizing user confidentiality and anonymity.

[4] Based on my training and experience, the "Gallery" application on a Samsung cellphone is the built-in app for viewing, organizing, editing, and sharing photos and videos. "Cache" is a temporary storage on the cellphone that holds smaller, compressed versions of the images.

be approximately two years old ("Minor 1"). PPD was able to positively identify Minor 1 and confirm her year of birth to be 2023. Investigators also confirmed that Minor 1 was known to IRVING and had in fact been living at his residence.

16.    The sequence of images includes approximately five images, which appeared to document one encounter between IRVING and the toddler over a progression in time. The images depicted IRVING, whose face is visible in the first image, placing the female toddler's

███████████████████████████████████████████

██████████████ The images appear to have been taken inside a bedroom in IRVING'S residence; the bedding in the images matched a green sheet with white pin stripes that was observed and photographed by PPD during the execution of the search warrant of IRVING's residence on July 21, 2025. A summary of the five images and their associated data are described below:

   a.  File Name: -2812262360103370227.0; Modified: 3/28/2025 11:33:55 PM; The image shows IRVING's face, while lying on his back with Minor 1's face resting on his abdomen.

   b.  File Name: -354289628619798404.0; Modified: 3/28/2025 11:32:43 PM; The image shows Minor 1 smiling while laying on IRVING's chest, ████████████ ████████

   c.  File Name: -6779511134785860064.0; Modified 3/28/2025 11:32:42 PM; The image shows IRVING holding Minor 1's head, ██████████████ ██████████████████████

    d.    File Name: 7779754914198982042.0; Modified: 3/28/2025 11:32:42 PM; The image shows Minor 1's face, with IRVING's ███████████████████ ████████████████

    e.    File Name: 4996490497300310282.0; Modified 3/28/2025 11:33:55 PM; The image shows Minor 1's back, wearing a peach-colored t-shirt, sitting on the bed, facing away from IRVING. IRVING is laying on his back holding his erect penis in the direction of Minor 1.

17.    Based on my review of the files described above, I believe not only was Irving aware the images were being taken but that these images were taken by IRVING himself, based on the angle or perspective of each image, the proximity of both Minor 1's face and the adult body parts to the cellphone, and the progression of the images.  This sequence begins with IRVING's face, then moves in closer to his hand and penis, which is also suggestive of IRVING operating the camera. When IRVING's hand is featured in an image, only one of his hands is visible, which is indicative of the other hand being used to hold the cellphone.

18.    In addition, the phone named "E's S20" appears to belong to IRVING.  The I observed content on Suspect Device 2 evidencing IRVING's access and control of the device, which includes selfies of IRVING, email accounts associated with IRVING, and the phone number registered to IRVING. The device contains location data associated with IRVING's prior residences and places of employment, contact lists, and message conversations with identified family members of IRVING, and photographs of IRVING's Social Security Card and driver's license.

19.    Forensic review of the Suspect Devices remains ongoing.

## CONCLUSION

20.     Based on the information described above, I submit there is probable cause to believe that at least on or about January 1, 2025, through on or about March 28, 2025 (the date the image files were last modified), in Plainville, Massachusetts, IRVING employed, used, persuaded, induced, enticed, and coerced a minor, Minor 1 (YOB 2023), to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do so, and knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

Sworn to under the penalties of perjury,

Katelin J. Ehrhardt
Katelin J. Ehrhardt
Special Agent
Federal Bureau of Investigation

**Jan 26, 2026**

Sworn before me telephonically pursuant to Fed. R. Crim. P. 4.1 this ____ day of January, 2026.

Judith G. Dein
Hon. Judith G. Dein
United States Magistrate Judge